IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00005-MSK-PAC

JOEL KLENCK,

    Plaintiff(s),

v.

PHOENIX LIFE AND ANNUITY COMPANY, a Connecticut corporation,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Settlement Conference [filed May 9, 2007; Doc. No. 26] is **GRANTED** as follows:

    The Settlement Conference set for May 15, 2007 is *vacated*.

    IT IS FURTHER **ORDERED** that on or before **May 21, 2007** each party shall submit a further Supplemental Confidential Settlement Statement advising the Court of any changes in the status of the case and of the party's current settlement position.  Upon receipt of the Supplemental Confidential Settlement Statements, the Court may enter further orders regarding the scheduling of a settlement conference.

Dated:  May 9, 2007